**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CONSTANTINE THOMPSON (MN) and TINA DADO (IL), individually, and on behalf of all others similarly situated,<br><br>                        Plaintiffs<br>v.<br><br>SPEEDWAY SUPERAMERICA LLC, MARATHON PETROLEUM COMPANY, LLC and MARATHON OIL CORPORATION,<br><br>                        Defendants | Court File No. 08-CV-1107 (PJS/RLE)<br><br>**ORDER APPROVING SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE** |

The Court, being fully advised in the premises, and pursuant to the parties' Stipulation for Approval of Settlement and Dismissal, hereby orders and adjudges that:

1. The Court, having reviewed the Confidential Settlement Agreements, finds that the resolution agreed to is a fair, adequate, knowing, voluntary and reasonable resolution of the bona fide disputes raised in this litigation and approves said resolution.

2. The two named plaintiffs, Constantine Thompson and Tina Dado, are hereby conclusively deemed to have released Defendants Speedway SuperAmerica LLC, Marathon Petroleum Company and Marathon Oil Corporation, (including its insurers, affiliates, divisions, committees, directors, officers, employees, agents, successors, and assigns) from all claims asserted in this action and all other claims that he or she may now have, whether known or unknown, for: (a) failure to pay wages; (b) failure to comply with laws requiring payment of a minimum wage or a premium for overtime

work; (c) penalties, liquidated damages, attorneys' fees, costs, interest and injunctive relief; and (d) any other claims that could have been asserted under the federal Fair Labor Standards Act, Minnesota Fair Labor Standards Act, or Illinois state wage and hour laws, regarding their past employment with Defendants.

3. This action is hereby **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

By the Court:

Dated: 10/11/09

s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge